UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:17-cv-00281-VLB |
| v. | ) ) ) |
| POST HOLDINGS, INC., | ) ) July 14, 2017 |
| Defendant. | ) ) |

## DEFENDANT POST HOLDINGS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Post Holdings, Inc. ("Post Holdings"), which are private non-governmental parties, disclose and certify the following:

1. Post Holdings is itself publicly traded (NYSE: POST). There is no publicly held corporation that owns 10% or more of Post Holdings' stock, and Post has no parent corporation.

POST HOLDINGS, INC.

By: /s/ David M. S. Shaiken
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
Its Attorneys
433 South Main Street, Suite 319
West Hartford, CT  06110
Telephone:  (860) 606-1703
Facsimile:  (866) 431-3248
e-mail: david@shipmanlawct.com
Federal Bar No. ct02297

1

>Scott C. Hecht, *pro hac vice*
>Christopher J. Leopold, *pro hac vice*
>Christopher B. Sevedge, *pro hac vice*
>Stinson Leonard Street LLP
>1201 Walnut St., Suite 2900
>Kansas City, MO 64106
>Telephone: (816) 842-8600
>Facsimile: (816)691-3495
>scott.hecht@stinson.com
>chris.leopold@stinson.com
>christopher.sevedge@stinson.com

**Certification of Service**

I hereby certify that on this 14th day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>/s/ David M. S. Shaiken

134050289